# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23CR0432-W |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| RAFAEL MACHADO-OCHOA, | |
| Defendant | |

**IT IS HEREBY ORDERED** that the Motions Setting currently scheduled for March 27, 2023, at 9:00 a.m., be continued to May 8, 2023, at 9:00 a.m., for a Status Hearing.

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: 3/22/23

HONORABLE THOMAS J. WHELAN
United States District Judge